IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40555
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

EDWARD HENRY BELUNEK, JR.,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Eastern District of Texas
(1:90-CR-25-1)

_____

January 18, 1996

Before GARWOOD, DAVIS and BENAVIDES, Circuit Judges.[*]

PER CURIAM:

Appellant appeals from the district court's denial of his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2). He contends that the district court abused its discretion by concluding that U.S.S.G. § 2D1.1, comment. (n.1), amendment 484, was not applicable.

We have reviewed the record and the district court's order and

_____

[*]Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

find no reversible error.  Accordingly, we affirm essentially on the reasoning of the district court.  *See also United States v. Allison,* 63 F.3d 350 (5th Cir. 1995); *United States v. Taylor*, No. 94-40438 (5th Cir. Sept. 16, 1994) (unpublished).

AFFIRMED